IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Case No.: 3:09-cv-00390

FRANCES THOMAS,            Plaintiff,

v.

7-ELEVEN, INC., Formerly
THE SOUTHLAND CORPORATION,            Defendant.

## PLAINTIFF'S INITIAL DISCLOSURES
## PURSUANT TO RULE 26(a)

COMES NOW the plaintiff, Frances Thomas, by counsel, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and The Local Rules of Practice for the United States District Court for the Eastern District of Virginia and provides the following initial disclosure of information to defendant:

    A.    Individuals likely to have discoverable information that plaintiff may use to support her claims or defenses.

        1.    Frances Thomas
              3520 South Belmont Road
              Chesterfield, Virginia 23234

        2.    Linda Sales
              Management Employee of 7-Eleven who was on the premises at the time of the accident and attended plaintiff immediately after the injury.

        3.    Lisa Fleming (Plaintiff's Daughter)
              3380 Rolling Trail Drive
              Powhatan, Virginia 23139

              Plaintiff's daughter who attended and helped the plaintiff through her treatment and difficulties from the injuries and is knowledgeable as to both subjects and as to her capabilities, activities, and health before the accident.

582628

4. T. Robinson
Agent or employee of
Richmond Ambulance Authority
2400 Hermitage Road
Richmond, Virginia 23220

Mr. Robinson was the EMS who attended plaintiff at the scene of the accident.

5. Dr. D. Christopher Young
West End Orthopaedic Clinic
1400 Johnston-Willis Drive
Richmond, Virginia 23235

Dr. Young has been a primary treating orthopaedic surgeon for the plaintiff and initially operated upon her for a comminuted shoulder fracture and a shoulder replacement procedure.

6. Dr. James E.B. Stuart, V.
West End Orthopaedic Clinic
7650 Parham Road, Suite 100 - MOB II
Richmond, Virginia 23294

Dr. Stuart operated upon the plaintiff for wrist fractures that occurred as a result of the subject accident.

7. Dr. F.W. Mathewson
Primary Health Group
6934 Ironbridge Road
Richmond, Virginia 23234

Dr. Mathewson is the present family physician of the plaintiff.

8. Dr. Clifton Tinsley
Denbigh Family Practice
13347 Warwick Boulevard
Newport News, Virginia 23602

Dr. Tinsley was the family doctor at Midlothian Family Practice of the plaintiff for approximately three years before the subject accident. Dr. Tinsley is currently practicing at the address above.

9. Agents, Employees, and Health Care Providers Associated with
Chippenham Medical Center
7101 Jahnke Road
Richmond, Virginia 23225

2

>   Where plaintiff was hospitalized and treated for her injuries following the accident from 1/2/08 to 1/11/08.

10. Agents, Employees, and Health Care Providers Associated with Beaumont Health Care Center

    A nursing care facility where plaintiff was treated from 1/11/08 to 3/3/08.

11. Hardy Fowler, Certified Medical Illustrator
    MediVisuals
    2008 Libbie Avenue, Suite 200
    Richmond, Virginia 23226

    Mr. Fowler has rendered illustrations of plaintiff's fracturing injuries and surgical procedures from the subject accident based on x-ray and imaging studies, records and reports, and input and approval from the treating physicians.

B. Documents that are available for inspection at the office of plaintiff's counsel for copying at defendant's expense which are documents in plaintiff's custody that plaintiff may use to support her claims are:

1. Richmond Ambulance Authority pre-hospital patient care report and Incident Report.

2. Chippenham Medical Center Hospital records covering plaintiff's initial treatment following the accident from 1/2/08 to 1/11/08.

3. Beaumont Health Care Center records covering nursing home treatment following her discharge from the hospital for initial treatment after the accident.

4. Records of West End Orthopaedic Clinic, Dr. Christopher Young and Dr. James E.B. Stuart.

3

5. Four medical illustrations rendered by certified medical illustrator Hardy Fowler and approved by plaintiff's physicians.

6. Photographs of the plaintiff taken at the hospital following her accident and surgery.

7. Photographs of plaintiff taken before her accident.

8. 1/2/08 x-ray of the right wrist; 2/1/08 x-ray of the right wrist; 1/2/08 x-ray of the right shoulder; 1/3/08 x-ray of the right shoulder.

9. Photographs of 7-Eleven Store where the subject accident occurred.

C. As Exhibit A attached hereto is a Statement of Damages or computation of each category of economic damages claimed by the plaintiff and available for inspection at the office of plaintiff's counsel are copies of the billing materials in connection with each of the medical expenses which are the economic damages claimed. See the medical records earlier referred to as to the nature and extent of the injuries suffered.

FRANCES THOMAS

By: ____/s/____
George E. Allen, III (VSB No.: 13183)
ALLEN, ALLEN, ALLEN & ALLEN
1809 Staples Mill Road
Post Office Box 6855
Richmond, Virginia 23230
Telephone No.: (804) 257-7510
Facsimile No.: (804) 257-7589
E-Mail Address: gea@allenandallen.com
Counsel for Frances Thomas

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Randall C. Lenhart, Jr., Esquire
David L. Dayton, Esquire
Counsel for the Defendant
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, VA 23510
Phone: (757)623-4500
Fax: (757)623-5700
randall.lenhart@kpmlaw.com
david.dayton@kpmlaw.com

/s/
George E. Allen, III (VSB No.: 13183)
ALLEN, ALLEN, ALLEN & ALLEN
1809 Staples Mill Road
Post Office Box 6855
Richmond, Virginia 23230
Telephone No.: (804) 257-7510
Facsimile No.: (804) 257-7589
E-Mail Address: gea@allenandallen.com
Counsel for Frances Thomas